FILED
February 10, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARK ORTEGA,** *individually and on behalf of all others similarly situated,* § § § | |
| **Plaintiff,** § | |
| § | **CIVIL NO. SA-24-CV-00519-OLG** |
| v. § § | |
| **SECURE ONE CAPITAL CORPORATION,** § § § | |
| **Defendant.** § | |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is the Opposed Motion for Leave for Attorney Paulina Almanza and Almanza Terrazas PLLC to Withdraw as Counsel for Plaintiff. Upon review of the Motion and the additional ex parte documents submitted by counsel, the Court finds that the Motion (Dkt. No. 7) should be and hereby is **GRANTED**. Paulina Almanza and Almaza Terrazas PLLC are **WITHDRAWN** as counsel of record for Plaintiff.

The Clerk is directed to serve a copy of this Order on Plaintiff by mailing a copy to Mark Ortega at 15450 Capital Prt Dr., San Antonio, Texas 78249, via certified mail, return receipt requested, and first-class mail.[1]

It is so **ORDERED**.

**SIGNED** this 10th day of February, 2025.

_____
ORLANDO L. GARCIA
United States District Judge

---

[1] *See* Dkt. No. 7 at 2.