UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-24-CV-519-OLG (HJB) |
| SECURE ONE CAPITAL CORPORATION, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the status of this case in which pretrial and scheduling matters were referred to the undersigned pursuant to 28 U.S.C. § 636(b).  (*See* Docket Entry 12.)

Plaintiff, who is *pro se*, provided proof of service upon Defendant on June 20, 2024. Although the time for answer or other responsive pleading has passed, Defendant has not answered or responded to the complaint.  On June 21, 2024, Plaintiff filed a Motion for Clerk's Entry of Default and subsequently a Default Entry by Clerk was entered on that same day.  (*See* Docket Entries 4, 5, and 6.)

It is hereby **ORDERED** that Plaintiff must file a Motion for Default Judgment against Defendant **on or before March 11, 2025.**

It is **FURTHER ORDERED** that the U.S. Clerk of Court send a copy of the Clerk's Entry of Default (Docket Entry 6), and a copy of this Order to Defendant at the following address by U.S. Certified Mail, Return Receipt Requested:

**Secure One Capital Corporation**
**c/o Paracorp Incorporated**
**2804 Gateway Oaks Dr., Ste 100**
**Sacramento, CA 95833**

(*See* Docket Entries 2, 3, and 4.)

**SIGNED** on February 11, 2025.

Henry J. Bemporad
United States Magistrate Judge