UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARK ORTEGA Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | SA-24-CV-519-OLG (HJB) |
| SECURE ONE CAPITAL CORPORATION, BRUCE MICHAEL EDGELL, and RYAN WILLIAM MARIER, | § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is the status of the above case in which pretrial and scheduling matters have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 12.) Pursuant to Federal Rule of Civil Procedure 16(b), the Court held an initial pretrial conference in this matter on July 23, 2025.

In accordance with the Court's rulings at the conference, it is hereby **ORDERED** as follows:

1) **On or before September 23, 2025**, the parties must exchange initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) which includes:

   - the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses;

   - a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party

has in its possession, custody, or control and may use to support its claims or defenses;

- a computation of each category of damages claimed by the disclosing party; and

- for inspection and copying as permitted by Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

2) **On or before October 23, 2025**, Plaintiff may file a motion for leave to amend his complaint.

**SIGNED** on July 24, 2025.

Henry J. Bemporad
United States Magistrate Judge

2